**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7150

ROBB M. HARKSEN,

Plaintiff - Appellant,

versus

T. HALE, ROSP; J. ARMENTROUT, Operations; R.
A. YOUNG, Regional Director; S. SHORTRIDGE,
Operations Officer; D. A. BRAXTON; MAJOR
FLEMING; GENE JOHNSON, Deputy Director; C/O
HICKS; A. HARVEY, Assistant Warden of
Operations; MAJOR YATES; T. MONK, Counselor;
S. K. YOUNG, Warden; CAPTAIN FLEMING; T.
WOODS; COUNSELOR EVANS; C/O MULLINS; C/O
VANOVER; C/O YOUNCE; SERGEANT PHILLIPS; G.
DEEL; M. C. MULLINS; R. ROSE; M. HENSLEY,
Treatment Program Supervisor; L. HUFFMAN,
Regional Director; UNKNOWN DEFENDANT;
COUNSELOR KEGLEY; LIEUTENANT LEWIS,
Counselor; K. MCCOY; MS. LAWSON; MS. LAWSON;
COUNSELOR JESSEE; J. FANIN; H. DUNCAN,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (CA-03-653-7-jct-mfu)

Submitted:  September 9, 2004      Decided:  September 16, 2004

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

---

Robb M. Harksen, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robb M. Harksen seeks to appeal the magistrate judge's order: (1) denying his motion to amend his complaint; (2) splitting the case into four separate law suits; and (3) staying consideration of Harksen's claims under the Religious Land Use and Institutionalized Persons Act. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Harksen seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED